IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03293-RPM

MORGAN KEEGAN & COMPANY, INC.,

      Plaintiff/Respondent,

v.

JASON PESSEL, ROTH IRA ACCOUNT,
JASON and CARA PESSEL,
DAVID PESSEL, Trustee for ERIC PESSEL,
RHONA PESSEL ROTH IRA ACCOUNT,
DAVID PESSEL ROTH IRA ACCOUNT,
DAVID PESSEL IRA ROLLOVER ACCOUNT,
ERIC PESSEL, ERIC PESSEL IRA ACCOUNT,
JASON PESSEL IRA ACCOUNT,
RHONA PESSEL IRA ACCOUNT, and
SYLVIA STIFTEL, Trustee for SYLVIA
STIFTEL TRUST ACCOUNT,

      Defendants/Claimants.

---

ORDER MODIFYING RULE 16 PROCEDURE - ARBITRATION AWARD

---

      Because this is an action brought to vacate an award by an arbitration panel in a FINRA Dispute Resolution Proceeding and defendants counter petition to affirm the award, no scheduling conference under Fed.R.Civ.P. 16(b) and D.C.COLO.LCivR 16.1 is necessary. As an alternative, it is

      **ORDERED:**

      That on or before February 29, 2012, counsel for the parties shall file a joint statement addressing the following matters:

      1.      Whether the papers already on file provide sufficient information to decide the issues.

    2.      Whether any discovery is necessary.

    3.      Submit a briefing schedule.

If there is disagreement on any of these matters, the Court will set a conference to resolve the disputes.

Dated:    January 31st, 2012

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge