IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03293-RPM

MORGAN KEEGAN & COMPANY, INC.,

    Plaintiff/Respondent,

v.

JASON PESSEL, ROTH IRA ACCOUNT,
JASON and CARA PESSEL,
DAVID PESSEL, Trustee for ERIC PESSEL,
RHONA PESSEL ROTH IRA ACCOUNT,
DAVID PESSEL ROTH IRA ACCOUNT,
DAVID PESSEL IRA ROLLOVER ACCOUNT,
ERIC PESSEL, ERIC PESSEL IRA ACCOUNT,
JASON PESSEL IRA ACCOUNT,
RHONA PESSEL IRA ACCOUNT, and
SYLVIA STIFTEL, Trustee for SYLVIA
STIFTEL TRUST ACCOUNT,

    Defendants/Claimants.

---

## JUDGMENT

---

Pursuant to the Order Confirming Arbitration Award and for Entry of Judgment entered by Senior District Judge Richard P. Matsch on May 1, 2012, it is

ORDERED AND ADJUDGED that judgment is entered pursuant to the arbitration award, awarding defendants Jason Pessel, Roth IRA Account; Jason and Cara Pessel; David Pessel, Trustee for Eric Pessel; Rhona Pessel Roth IRA Account; David Pessel Roth IRA Account; David Pessel IRA Rollover Account; Eric Pessel; Eric Pessel IRA Account; Jason Pessel IRA, Account; Rhona Pessel IRA Account, and Sylvia Stiftel, Trustee for Sylvia Stiftel Trust Account, $41,855 with pre-judgment interest from November 17, 2011, to the date of judgment at 8% in the amount of $1,518.90 for a

total amount of $43,373.90 plus post-judgment interest at the rate of 0.18% from the date of judgment until the judgment is fully paid, and it is

FURTHER ORDERED AND ADJUDGED that defendants be awarded statutory costs upon the filing of a bill of costs within 14 days.

Dated:   May 1st, 2012

                                  FOR THE COURT:

                                  GREGORY C. LANGHAM, Clerk

                                        s/M. V. Wentz
By_____
                                          Deputy